IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MASTER MICHAEL RAMSEY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO.4:07-CR-58-CDL

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 31, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

The Court also finds that a Certificate of Appealability is not appropriate because Petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED, this 18th day of November, 2013.

                                    s/Clay D. Land
                                    CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE